**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | **CASE NO. 3:12-00102** |
| | ) | **JUDGE KEVIN H. SHARP** |
| **CASSIE MARIE SIMPKINS** | ) | |

## O R D E R

The Defendant, Cassie Marie Simpkins, shall appear before the Court on **Thursday,**

**October 3, 2013, at 3:30 p.m.** to show cause why her supervised release should not be revoked for

her failure to abide by the conditions of supervision.

The United States Marshal shall produce the Defendant at the hearing.

IT IS SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE